1016

[Nos. 69453-7-I; 69854-1-I.  Division One.  October 27, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. VINAY KESHAVAN BHARADWAJ, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 10-1-10009-8, Richard D. Eadie, J., entered September 21, 2012 and January 28, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Cox and Leach, JJ.

[No. 70220-3-I.  Division One.  October 27, 2014.]

KEBEDE ADMASU ET AL., *Appellants*, v. THE PORT OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-22569-9, Bruce E. Heller, J., entered January 28, 2011, February 19, 2013, and April 4, 2013. *Affirmed in part* and *reversed in part* by unpublished opinion per Verellen, A.C.J., concurred in by Becker and Cox, JJ. Now published at 185 Wn. App. 23.

[No. 70325-1-I.  Division One.  October 27, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN CARLOS AGUAYO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-06803-4, Mary E. Roberts, J., entered May 9, 2013. *Reversed* and *remanded with instructions* by unpublished per curiam opinion.

[No. 70453-2-I.  Division One.  October 27, 2014.]

ELLIOTT BAY MARINA, *Appellant*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-20123-4, Monica J. Benton, J., entered June 3, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Appelwick and Schindler, JJ.